IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et. al., | CASE NO. 5:14-cv-01789 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CUONG CAO DANG, et. al., | |
| Defendant(s). | |

Having reviewed the parties' joint statement filed July 18, 2014 (see Docket Item No. 27), the court finds that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for July 25, 2014, is CONTINUED to **10:00 a.m. on September 19, 2014.** The parties shall file an updated Joint Case Management Statement on or before **September 12, 2014.**

**IT IS SO ORDERED.**

Dated: July 21, 2014

EDWARD J. DAVILA
United States District Judge