FRANK R. UBHAUS, CA STATE BAR NO. 46085
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com

ATTORNEYS FOR DEFENDANT
CUONG CAO DANG AKA CALVIN DANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CUONG CAO DANG aka CALVIN DANG, <br><br> Defendants. | CASE NO. 14-CV-01789-EJD <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER <br><br> Judge: The Honorable Edward Davila <br> Dept.: Courtroom 4 <br> Date: September 5, 2014 <br> Time: 10:00 a.m. |

Whereas Defendant CUONG CAO DANG ("Defendant") requested additional time to file an opposition to the Motion for Appointment of Receiver and Plaintiffs CISCO SYSTEMS, INC., et al. (collectively, "Plaintiffs") agreed to the request so that the Motion could be decided on the merits. Accordingly, Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate and agree to, and request that the Court order, the following filing deadlines related to Plaintiffs' Motion for Appointment of Receiver, which will be heard on September 5, 2014:

1) Defendant will file any Opposition to the above-referenced motion on or before August 12, 2014; and

///

///

///

CASE NO. 14-CV-01789-EJD -1-
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER

4834-5047-2988v1
FRU\22573002

2) Plaintiffs will file any Reply to the above-referenced motion on or before August 22, 2014.

IT IS SO STIPULATED.

DATED: 8/8, 2014         SIDEMAN & BANCROFT, LLP

                         BY: _____
                         JEFFREY C. HALLAM
                         ZACHARY J. ALINDER
                         ATTORNEYS FOR PLAINTIFFS
                         CISCO SYSTEMS, INC., ET AL.

DATED: Aug 8, 2014       BERLINER COHEN

                         BY: _____
                         FRANK R. UBHAUS
                         ATTORNEYS FOR DEFENDANTS
                         CUONG CAO DANG AKA CALVIN DANG

IT IS SO ORDERED.

DATED: August 11, 2014

                         BY: _____
                         HON. EDWARD J. DAVILA
                         UNITED STATES DISTRICT JUDGE

CASE NO. 14-CV-01789-EJD                    -2-
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER

4834-5047-2988v1
FRU\22573002