IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et. al., | CASE NO. 5:14-cv-01789 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CUONG CAO DANG, et. al., | |
| Defendant(s). | |

Having reviewed the parties Joint Case Management Conference Statement (Docket Item No. 37), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for September 19, 2014, is CONTINUED to **10:00 a.m. on October 31, 2014.** The parties shall file an updated Joint Case Management Conference Statement on or before **October 24, 2014**, unless a stipulated request to stay this action is filed prior to that date.

**IT IS SO ORDERED.**

Dated: September 15, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:14-cv-01789 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE