UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>CUONG CAO DANG, et al.,<br><br>           Defendants. | Case No.  5:14-cv-01789 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      Having reviewed the parties updated Joint Case Management Conference Statement (Docket Item No. 39), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for October 31, 2014, is CONTINUED to **10:00 a.m. on December 12, 2014.**  The parties shall file an updated Joint Case Management Conference Statement on or before **December 5, 2014,** unless a stipulated request to stay this action is filed prior to that date.

      **IT IS SO ORDERED.**

Dated: October 27, 2014



EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-01789 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1