UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CUONG CAO DANG, et al.,<br><br>Defendants. | Case No.  5:14-cv-01789-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Case Management Statement filed on July 30, 2015 (Docket Item No. 56), and in light of the pending criminal action, the court finds that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for August 6, 2015, is CONTINUED to **10:00 a.m. on November 19, 2015.**  The parties shall file an updated Joint Case Management Conference Statement on or before **November 12, 2015.**

**IT IS SO ORDERED.**

Dated: August 3, 2015

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-01789-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1