1 | JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail: jhallam@sideman.com
2 | ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail: zalinder@sideman.com
3 | GINA CORTESE (State Bar No. 280674)
E-Mail: gcortese@sideman.com
4 | SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
5 | San Francisco, California 94111-3711
Telephone: (415) 392-1960
6 | Facsimile: (415) 392-0827

7 | Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.



IT IS SO ORDERED
Judge Edward J. Davila
DATED: 10/9/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CUONG CAO DANG aka CALVIN DANG, an individual, NETWORK GENESIS, INC., a California corporation, THE DANG'S INVESTMENT, INC., a California Corporation, THE DANG'S INVESTMENT GROUP, INC., a California Corporation, ACE LAUNDROMAT, INC., a California Corporation, LY THI BE LE, an individual, THE CUONG CAO DANG & LY THI BE LE LIVING TRUST, a California trust, LOC XUAN HOANG, an individual, HIEU NGUYEN, an individual, TRI CAO DANG, an individual, VU VAN LE, an individual, THUY NGUYEN, an individual, LONG PHAM, an individual, EDWIN LIN, an individual, dba ECL ENTERPRISES MARKET, TOMMY NGO, an individual, VOTHIA NONG, an individual, DUYEN PHAM, an individual, HUNG LA, an individual, KENNETH TAM, an individual, HUAN TRAN, an individual, VU NGUYEN, an individual, CISBAY, INC., a Nevada corporation, CAVIN PHAM, an individual, | CASE NO. 5:14-cv-01789-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EDWIN LIN dba ECL ENTERPRISES MARKET TO RESPOND TO COMPLAINT**<br>**(L.R. 6-1(a))** |

| | |
|---|---|
| 1<br>2<br>3<br>4 | KHANH LE, an individual, AH TECHNOLOGY SOLUTIONS CORP., a California corporation, FRANK NGUYEN, an individual, TOM HOANG, an individual, and DOES 19 through 50, inclusive,<br><br>          Defendants. |

2639740v1

Case No. 5:14-cv-01789-EJD

STIPULATION OF TIME TO RESPOND TO COMPLAINT

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. ("Plaintiffs") and Defendant Edwin Lin dba ECL Enterprises Market ("Defendant") hereby stipulate and agree that the deadline for Defendant to respond to the Complaint shall be extended to, and including, December 1, 2015. This stipulation will not alter the date of any event or deadline already fixed by Court order in this case.

**IT IS SO STIPULATED.**

DATED: October 7, 2015                SIDEMAN & BANCROFT LLP

By: _____
Zachary J. Alinder
*Attorneys for Plaintiffs*
CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.

DATED: October 7, 2015

By: _____
Edwin Lin
*Pro Se*

### Attestation

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: October 7, 2015                SIDEMAN & BANCROFT LLP

By:   /s/ Zachary J. Alinder
Zachary J. Alinder
*Attorneys for Plaintiffs*
CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.