JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail:        *jhallam@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:        *zalinder@sideman.com*
GINA CORTESE (State Bar No. 280674)
E-Mail:        *gcortese@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CUONG CAO DANG aka CALVIN DANG, an individual, NETWORK GENESIS, INC., a California corporation, THE DANG'S INVESTMENT, INC., a California Corporation, THE DANG'S INVESTMENT GROUP, INC., a California Corporation, ACE LAUNDROMAT, INC., a California Corporation, LY THI BE LE, an individual, THE CUONG CAO DANG & LY THI BE LE LIVING TRUST, a California trust, LOC XUAN HOANG, an individual, HIEU NGUYEN, an individual, TRI CAO DANG, an individual, VU VAN LE, an individual, THUY NGUYEN, an individual, LONG PHAM, an individual, EDWIN LIN, an individual, dba ECL ENTERPRISES MARKET, TOMMY NGO, an individual, VOTHIA NONG, an individual, DUYEN PHAM, an individual, HUNG LA, an individual, KENNETH TAM, an individual, HUAN TRAN, an individual, VU NGUYEN, an individual, CISBAY, INC., a Nevada corporation, CAVIN PHAM, an individual, KHANH LE, an individual, AH | CASE NO: 3:14-cv-01789-EJD<br><br><br><br><br>**STIPULATED FINAL JUDGMENT AGAINST THE DANG DEFENDANTS**<br><br><br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

| | |
|---|---|
| 1 | TECHNOLOGY SOLUTIONS CORP., a California corporation, FRANK NGUYEN, an individual, TOM HOANG, an individual, and DOES 19 through 50, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | |

2445528

Case No. 3:14-cv-01789-EJD

STIPULATED FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. Rules 54 and 58, Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (together "Cisco" or "Plaintiffs") and Defendants Cuong Cao Dang, a/k/a "Calvin" Dang, Network Genesis, Inc., The Dang's Investment, Inc., The Dang's Investment Group, Inc., Ace Laundromat, Inc., Ly Thi Be Le, The Cuong Cao Dang & Ly Thi Be Le Living Trust (the "Dang Defendants" and together with Cisco, the "Parties") hereby STIPULATE and AGREE to the entry of final judgment against the Dang Defendants on Cisco's First Amended Complaint (the "Complaint") in the above-captioned case as follows:

1. The Dang Defendants hereby fully and finally admit their liability to Cisco for each of the claims for relief set forth in Cisco's Complaint;

2. The Dang Defendants stipulate and agree that they are jointly and severally liable, along with their current co-defendants in the Complaint, to Cisco for damages of at least $37 million based on Cisco's claims for relief against the Dang Defendants in the current Complaint alone;

3. The Dang Defendants have entered into this Final Judgment freely and without coercion, and acknowledge that they have read the provisions of this Final Judgment and are prepared to abide by them;

4. The Dang Defendants, by and through their counsel, have agreed that the entry of this Final Judgment, pursuant to the terms of the Settlement Agreement between the Parties, resolves all matters of dispute between them arising from the First Amended Complaint in this action;

5. The Dang Defendants waive all rights to seek judicial review or otherwise challenge or contest the validity of this Final Judgment; and,

6. Pursuant to Fed. Rule of Civ. Proc. Rule 65(d), the Parties agree that the provisions of this Order are binding upon the Dang Defendants, and their officers, agents, servants, employees, attorneys, and all other persons or entities in active concert or participation with them, who receive actual notice of this Final Judgment by personal service or otherwise.

Pursuant to the Stipulation between the Parties, through their counsel of record, **IT IS HEREBY ORDERED, JUDGED AND DECREED THAT**:

7. **FINAL JUDGMENT IS HEREBY ENTERED** against the Dang Defendants on each of the claims for relief in Cisco's Complaint;

8. That this Final Judgment shall be entered against the Dang Defendants and in favor of Cisco in the amount of $37 million;

9. That the Dang Defendants and Cisco stipulate and agree that due to the Dang Defendants' inability to pay the full amount set forth above, that the real property, personal property and monetary payments set forth in the Parties' Confidential Settlement Agreement, including real property, personal property and money seized by the U.S. government, shall be sufficient to fully satisfy the Dang Defendants' obligation for the portion of monetary liability attributable to the Dang Defendants, except that the Parties agree that Cisco may execute on this Final Judgment as to the full amount above to the extent that any undisclosed assets of the Dang Defendants are later uncovered and as otherwise provided for in the Parties' Settlement Agreement;

10. That the Dang Defendants further agree to a permanent injunction, enjoining and restraining them from any further acts of trademark infringement, dilution, counterfeiting, or unfair competition against Cisco; and,

11. That each Party shall bear their own fees and costs.

**IT IS SO STIPULATED AND AGREED.**

DATED: November 2, 2015          SIDEMAN & BANCROFT LLP

By:     */s/ Jeffrey C. Hallam*
            Jeffrey C. Hallam
         SIDEMAN & BANCROFT LLP

*Attorneys for Plaintiffs*
CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.

DATED: November 2, 2015          BERLINER COHEN LLP

By:     */s/ Frank Ubhaus*
            Frank Ubhaus
         BERLINER COHEN LLP

Michael Chinh Vu, Esq.
VU .S.A. LAW OFFICES, APC

*Attorneys for Defendants*
Cuong Cao Dang, a/k/a "Calvin" Dang, Network Genesis, Inc., The Dang's Investment, Inc., The Dang's Investment Group, Inc., Ace Laundromat, Inc., Ly Thi Be Le, The Cuong Cao Dang & Ly Thi Be Le Living Trust

**PURSUANT TO STIPULATION, IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated:    November 3, 2015

The Honorable Edward J. Davila
United States District Judge

**Attestation**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the signatory, Mr. Ubhaus, on behalf of the Dang Defendants.

DATED: November 2, 2015        SIDEMAN & BANCROFT LLP

By:  /s/ Jeffrey C. Hallam
Jeffrey C. Hallam
SIDEMAN & BANCROFT LLP

*Attorneys for Plaintiffs*
CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.