UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CUONG CAO DANG, et al.,<br><br>    Defendants. | Case No. 5:14-cv-01789-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Plaintiffs' Case Management Conference Statement (Docket Item No. 151), and in light of the recent addition of several new defendants, the court has determined that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for November 19, 2015, is CONTINUED to **10:00 a.m. on February 4, 2016.** The parties shall file a Joint Case Management Conference Statement on or before **January 28, 2016.**

Plaintiffs are advised that service of process should be completed on all defendants by **January 8, 2016**. The court intends to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 4(m) any defendants who are not served by that date.

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-01789-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE