

IT IS SO ORDERED
Judge Edward J. Davila
DATED 12/18/2015

JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail:        jhallam@sideman.com
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:        zalinder@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CUONG CAO DANG aka CALVIN DANG, an individual, NETWORK GENESIS, INC., a California corporation, THE DANG'S INVESTMENT, INC., a California Corporation, THE DANG'S INVESTMENT GROUP, INC., a California Corporation, ACE LAUNDROMAT, INC., a California Corporation, LY THI BE LE, an individual, THE CUONG CAO DANG & LY THI BE LE LIVING TRUST, a California trust, LOC XUAN HOANG, an individual, HIEU NGUYEN, an individual, TRI CAO DANG, an individual, VU VAN LE, an individual, THUY NGUYEN, an individual, LONG PHAM, an individual, EDWIN LIN, an individual, dba ECL ENTERPRISES MARKET, TOMMY NGO, an individual, VOTHIA NONG, an individual, DUYEN PHAM, an individual, HUNG LA, an individual, KENNETH TAM, an individual, HUAN TRAN, an individual, VU NGUYEN, an individual, CISBAY, INC., a Nevada corporation, CAVIN PHAM, an individual, KHANH LE, an individual, AH TECHNOLOGY SOLUTIONS CORP., a California corporation, FRANK NGUYEN, an | CASE NO: 5:14-cv-01789-EJD<br><br><br><br>**VOLUNTARY DISMISSAL OF TRI CAO DANG AND VU VAN LE**<br><br><br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

2709267v1                  Case No. 3:14-cv-01789-EJD
VOLUNTARY DISMISSAL OF TRI CAO DANG AND VU VAN LE

1  individual, TOM HOANG, an individual, and DOES 19 through 50, inclusive,
2         Defendants.

2709267v1                                                              Case No. 3:14-cv-01789-EJD
VOLUNTARY DISMISSAL OF TRI CAO DANG AND VU VAN LE

**VOLUNTARY DISMISSAL OF TRI CAO DANG AND VU VAN LE**

**NOTICE IS HEREBY GIVEN THAT** Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. voluntarily dismiss Defendants Tri Cao Dang and Vu Van Le from this action without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

DATED: December 16, 2015        SIDEMAN & BANCROFT LLP

By:     */s/ Zachary J. Alinder*
         Zachary J. Alinder
         SIDEMAN & BANCROFT LLP

         *Attorneys for Plaintiffs*
         CISCO SYSTEMS, INC. and CISCO
         TECHNOLOGY, INC.