UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOC XUAN HOANG, et al.,<br><br>    Defendants. | Case No. 5:14-cv-01789-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently scheduled for February 4, 2016, is CONTINUED to **10:00 a.m. on February 18, 2016.**

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-01789-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE