**William F. Abbott**
**211 Gough Street, Suite 201**
**San Francisco, CA 94102**
**Telephone (415) 863-9337**
**Facsimile   (415 863-9318**
**billabbott@earthlink.net**

**Attorney for Defendant VU NGUYEN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation and CISCO TECHNOLOGY, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CUONG CAO DANG aka CALVIN DANG, ET. AL. ,<br><br>    Defendants. | Case No.  5:14-cv-01789 EJD<br><br>**STIPULATION EXTENDING TIME FOR FILING OF REPLY BRIEF & ORDER**<br><br>DATE:     April 28, 2016<br>TIME:      9:00 A.M.<br>PLACE:   280 South First Street<br>               San Jose, CA<br>               Courtroom 4, 5th Floor<br>JUDGE:   Hon. Edward J. Davila |

**STIPULATION EXTENDING TIME TO FILE REPLY BRIEF**

1.     The undersigned attorney for Defendant VU NGUYEN has requested, and the attorneys for Plaintiffs have agreed to, an extension of time for Defendant VU NGUYEN to file his Reply in Support of Motion for Stay.

2.     The reason for the requested extension is so that Defendant's attorney can communicate with their client regarding the status of the case, the basis for the Reply and the possibility of settlement.

4.     There were two previous extensions in this matter prior to the filing of the Motion.  There has been no previous extension of the Reply Date since it was set.

5.     The Extension will not interfere with any deadlines set by the Court.

*Cisco Systems, Inc. v. Dang, et. al.,* **Case No. 5:14-cv-01789 EJD**
**STIPULATION TO EXTEND DEFENDANTS VU NGUYEN'S**
**TIME TO RESPOND TO FIRST AMENDED COMPLAINT**                                         1

      6.      The extension will not impair the timely hearing of the Motion, which is set for hearing on April 28, 2016.

      THEREFORE, THE PARTIES HEREIN, THROUGH THEIR UNDERSIGNED ATTORNEYS OF RECORD, PURSUANT TO CIVIL LOCAL RULE 6-1(A), HEREBY STIPULATE that the time for Defendant VU NGUYEN to file his Reply in Support of Motion for Stay is extended until February 19, 2016.

Date: February 12, 2016      */s/ William F. Abbott*
                                  WILLIAM F. ABBOTT
                                  Attorney for Defendant VU NGUYEN

Date: February 12, 2016      Sideman & Bancroft, LLC

                               BY: */s/ Zachary J. Alinder*
                                  ZACHARY J. ALINDER
                                  Attorneys for Plaintiffs

**ORDER**

The time for Defendant VU NGUYEN to file his Reply In Support of Motion for Stay is is hereby extended until February 19, 2016.

DATE:   2/17/2016

                                               HONORABLE EDWARD J. DAVILA
                                               UNITED STATES DISTRICT JUDGE

*Cisco Systems, Inc. v. Dang, et. al.,* **Case No. 5:14-cv-01789 EJD**
**STIPULATION TO EXTEND DEFENDANTS VU NGUYEN'S**
**TIME TO RESPOND TO FIRST AMENDED COMPLAINT**        2